# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LUIS MEDINA,

Appellant,

v.

TAMMY MEDINA,

Appellee.

No. 2D2025-1362

————————————————

June 3, 2026

Appeal from the Circuit Court for Pinellas County; Frederick Lincoln Pollack, Judge.

Luis Medina, pro se.

Tammy Medina, pro se.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.